# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 93 EM 2023

      Respondent  :

      v.  :

FRANCIS J. BOYD,  :

      Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of February, 2024, the "Application for Extraordinary Relief under 42 Pa.C.S. § 726 or Mandamus in the Alternate [sic]" is DENIED.